1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MARING, et al.,

                Plaintiffs,

      v.

PG ALASKA CRAB INVESTMENT CO.,
LLC, et al.,

                Defendants.

CASE NO. C05-326JLR

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable

James L. Robart:

      Having received Defendants' motion for reconsideration of the court's July 22,

2005 order (Dkt. # 36), the court GRANTS the motion solely in this respect: The court

clarifies that all references in the order to Mr. Maring transferring proceeds of the sale of

two of his vessels to Defendants mean merely that Mr. Maring executed irrevocable

tender documents that gave Defendant PG Alaska Crab Investment Co., LLC the right to

receive payments from the National Marine Fisheries Service from the sale of the vessels.

The court notes that this clarification has no effect on the disposition of Plaintiffs' motion

for summary judgment.

MINUTE ORDER – 1

1    Filed and entered this 29th day of August, 2005.

2

3                                    BRUCE RIFKIN, Clerk

4                                          s/Mary Duett
                                 By
5                                        Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MINUTE ORDER – 2