| | |
|---|---|
| **BUCKNELL STEHLIK SATO & STUBNER, LLP**<br>2003 Western Avenue, Suite 400<br>Seattle, Washington 98121<br>(206) 587-0144 • fax (206) 587-0277 | The Honorable James L. Robart<br>**Date for consideration**: March 2, 2006 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| MARK MARING, et al.,<br>　　　　　Plaintiffs,<br>　vs.<br>PG ALASKA CRAB INVESTMENT CO. LLC, et al.,<br>　　　　　Defendants.<br>―――――――――――――――――<br>PG ALASKA CRAB INVESTMENT CO. LLC, et al.,<br>　　　　　Counterclaim Plaintiffs,<br>　vs.<br>MARK MARING, et al.,<br>　　　　　Counterclaim Defendants. | CASE NUMBER: CV05-0326JLR<br><br>STIPULATION, MOTION AND PROPOSED ORDER REGARDING AMENDMENT OF CASE SCHEDULING ORDER<br><br>**NOTE ON MOTION CALENDAR**:<br>March 2, 2006 |

## **STIPULATION**

Plaintiffs Maring et. al. and Defendants PG Alaska Crab Investment Co., LLC et. al., through their counsel of record, stipulate to adjust the case schedule as outlined herein. The parties' originally agreed to extend certain dates for discovery and discovery motion in consideration of the fact that an

**STIPULATION AND ORDER ADJUSTING CASE SCHEDULE - 1**

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

C:\DOCUME~1\tgraham\LOCALS~1\Temp\notesFFF692\Stipulation and Order re Case Schedule.doc

immediate family member of one of plaintiffs' attorneys was experiencing serious health issues. The Court, however, denied the parties' stipulated motion to extend the discovery deadline and discovery motion cut-off because the parties failed to address the other dates of the case schedule, most notably the deadline for filing dispositive motions.

The parties have now conferred and move the Court to adopt the following case schedule. Good cause exists for this request to continue dates as the continuance will allow plaintiffs' counsel to attend to family matters associated with the death of an immediate family member, provides adequate time for discovery, and cures the parties' inadvertent failure to provide for a dispositive motion deadline near the close of discovery but at least 90 days prior to trial. The proposed schedule is as follows:

| | |
|---|---|
| **Trial Date:** | July 24, 2006 |
| **Close of Discovery** | April 3, 2006[1] |
| **Deadline for Discovery Motions**: | April 21, 2006 |
| **Deadline for Dispositive Motions:** | April 24, 2006 |
| **Deadline for filing Motions in Limine**: | June 26, 2006 |
| **Agreed Pretrial Order**: | July 10, 2006 |
| **Pretrial Conference**: | _____ |

//

---

[1] As with the parties' stipulation of February 27, 2006, the agreement to extend the discovery cut-off to April 3, 2006 is not intended to allow for open-ended discovery. Rather, the extended period of discovery is agreed to allow the parties to complete discovery that was commenced or discussed prior to the close of the existing discovery deadline—March 3, 2006—which discovery was postponed in consideration of plaintiffs' counsel's family emergency. Defendants' dispute the efficacy or appropriateness of some discovery requests made by plaintiffs near the presently existing "close of discovery" and

**STIPULATION AND ORDER ADJUSTING CASE SCHEDULE - 2**

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

C:\DOCUME~1\tgraham\LOCALS~1\Temp\notesFFF692\Stipulation and Order re Case Schedule.doc

**Trial Briefs, proposed vior dire,
Jury instructions, trial exhibits**:            July 10, 2006

The foregoing schedule does not set a date for the exchange of expert witness reports. Defendants take the position that the deadline for such exchange was the date listed for disclosure of expert testimony in the parties' December 22, 2006 stipulation, which has already passed, and plaintiffs are therefore precluded from submitting an expert witness report. Plaintiffs take the position that the parties' were obligated to identify expert witnesses and generally outline their intended testimony by the disclosure date but that expert witness reports would be exchanged approximately 90 days prior to trial pursuant to Fed.R.Civ.P. 26(a)(2)(C). Plaintiffs anticipate presenting this issue to the judge for resolution in the near future.

Stipulated to this 2nd day of March 2006.

BUCKNELL STEHLIK SATO & STUBNER LLP

___/s/ Andrea D. Orth_____
Thomas N. Bucknell, WSBA No. 1587
Andrea Orth, WSBA No. 24355
Attorneys for Plaintiffs

DORSEY & WHITNEY
   /s/ Andrea D. Orth for Alex Baehr
___per telephonic authorization_____
Alexander A. Baehr, WSBA No. 25320
Attorneys for defendants

---

plaintiffs intend to raise this issue for court resolution in the near future.

**STIPULATION AND ORDER ADJUSTING
CASE SCHEDULE - 3**

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

C:\DOCUME~1\tgraham\LOCALS~1\Temp\notesFFF692\Stipulation and Order re Case Schedule.doc

## ORDER

Pursuant to Local Rule CR 10(g), the subjoined stipulation and motion to amend the case schedule is GRANTED; the case schedule is deemed amended as outlined above.

Entered this 7th day of March 2006.

*[signature]*

JAMES L. ROBART
United States District Judge

Presented by:

BUCKNELL STEHLIK SATO & STUBNER LLP

/s/ Andrea D. Orth
Thomas N. Bucknell, WSBA No. 1587
Andrea D. Orth, WSBA No. 24355
Attorneys for Plaintiffs

**STIPULATION AND ORDER ADJUSTING CASE SCHEDULE - 4**

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

C:\DOCUME~1\tgraham\LOCALS~1\Temp\notesFFF692\Stipulation and Order re Case Schedule.doc