UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MARING, et al.,

            Plaintiffs,

    v.

PG ALASKA CRAB INVESTMENT CO., LLC, et al.,

            Defendants.

CASE NO. C05-326JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    On March 9, 2006, the court held a teleconference with the parties. Andrea Orth appeared as counsel for Plaintiffs. Alexander Baehr appeared as counsel for Defendants. The court made several rulings on discovery matters during the teleconference, and memorializes them here.

    First, the court orders Defendants to provide a supplemental response to Interrogatory No. 2. Defendants need not scour the produced documents for all individuals, but must identify the persons of whom they have knowledge. Defendants need not provide a supplemental response to Interrogatory No. 10, as their representation that they have no responsive knowledge is sufficient.

    Second, the court finds that Plaintiffs have no justification for failing to produce complete expert disclosures, including expert reports, in advance of the deadline for such disclosures. Nonetheless, the court reluctantly orders that Plaintiffs may serve expert

MINUTE ORDER – 1

disclosures by Thursday, March 23, 2006.  Defendants may provide rebuttal disclosures no later than April 6, 2006.

Third, the court orders Defendants to respond to the discovery that Plaintiffs propounded on or about February 10, 2006.  Counsel are directed to agree upon a reasonable date for providing those responses.

Fourth, the court directs the parties to file a motion or a stipulation if they wish to consolidate this matter with Case No. 06-79P, or if they wish to court to treat that case as related to this one.

Fifth, the court directs Defendants to pay the reasonable cost of airfare, and airfare only, for one attorney representing Plaintiffs to travel to New York or New Jersey to depose Defendants Paduano and Greenberg.  The depositions shall be completed in a single trip, and (barring unusual circumstances) no further depositions of either Defendant will be permitted, whether in their individual capacities or as corporate representatives under Fed. R. Civ. P. 30(b)(6).

The court directs the clerk to remove Defendants' motion for a protective order (Dkt. # 78) from the calendar, as it is moot in light of this order.

Filed and entered this 10th day of March, 2006.

> BRUCE RIFKIN, Clerk
>
> By  s/Mary Duett
>      Deputy Clerk

MINUTE ORDER – 2