UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MARING, et al.,

        Plaintiffs,

    v.

PG ALASKA CRAB INVESTMENT CO., LLC, et al.,

        Defendants.

CASE NO. C05-326JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    On July 28, 2006, the court received a letter from Plaintiffs' counsel advising the court that Plaintiffs will either settle this action or file for bankruptcy "within the next few days." (Dkt. # 149). The letter advised the court and the Defendants that Plaintiffs would not further defend or prosecute this action.

    On the same day, Defendants filed a proposed pretrial order without input from Plaintiffs. They also filed and improperly noted a motion to dismiss Plaintiffs' claims and defenses as a sanction for failing to file a pretrial order (Dkt. # 151).

    The court directs the clerk to RENOTE Defendants' motion to dismiss (Dkt. # 151) for August 25, 2006.

    The court hereby postpones all pretrial deadlines except the pretrial conference scheduled for August 8, 2006 at 2:00 p.m. This postponement does not affect the August

MINUTE ORDER – 1

21, 2006 trial date.  Barring a settlement or notice of bankruptcy filing, the parties shall appear for the pretrial conference.

        Filed and entered this 31st day of July, 2006.

                                      BRUCE RIFKIN, Clerk

                                                      s/Mary Duett

By

                                                        Deputy Clerk

MINUTE ORDER – 2