UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MARING, et al.,

        Plaintiffs,

   v.

PG ALASKA CRAB INVESTMENT CO., LLC, et al.,

        Defendants.

CASE NO. C05-326JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received notice that virtually all of the Plaintiffs in this action have filed for bankruptcy. The court is also in receipt of several letters from counsel in this action (Dkt. ## 157-59) which establish to the court's satisfaction that all Plaintiffs except two Mexican entities, Polmar Mexicana, S.A. de C.V. ("Polmar") and Pinnacle, S.A. de C.V. ("Pinnacle"), have filed for bankruptcy.

Pursuant to 11 U.S.C. § 362(a), the court therefore STAYS this action as to all Plaintiffs except Polmar and Pinnacle. The court directs the parties and counsel to notify the court if the bankruptcy court lifts the automatic stay in a way that impacts this action.

As to Polmar and Pinnacle, previous submissions from Plaintiffs' counsel indicate that they are no longer represented by counsel, and are therefore subject to default. In addition, they are subject to default under this court's prior order (Dkt. # 156). The court

MINUTE ORDER – 1

therefore enters default against Polmar and Pinnacle, and directs Defendants to submit an appropriate motion for entry of default judgment against these two entities.

Filed and entered this 16th day of August, 2006.

BRUCE RIFKIN, Clerk

By s/Mary Duett
Deputy Clerk

MINUTE ORDER – 2